Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of pearl ladders and strips similar in all material respects to those the subject of Abstract 60159, the claim at 50 percent under paragraph 218 (f), as modified by T. D. 51802, supplemented by T. D. 51898, was sustained. The items marked "B," stipulated to consist of silk scarves or squares similar to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), were held dutiable at 32½ percent under paragraph 1210, as modified by T. D. 52739.

**No. 61057.**—Charles Garcia & Co., Inc. *v.* United States, protests 261258–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 61058.**—Markt & Hammacher Co. et al. *v.* United States, protests 306214–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

**No. 61059.**—The Dynamo Tulle Importing Co. and H. W. Robinson Air Freight Corp. et al. *v.* United States, protests 260136–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

**No. 61060.**—Julien Giguet, Inc. v. United States, protest 294839–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

**No. 61061.**—Airport Clearance Service v. United States, protests 289445–K etc. (New York).

Opinion by FORD, J. An examination of the official papers failing to disclose any reason for disturbing the presumptively correct classification made by the collector, the protests were overruled.

BEFORE THE THIRD DIVISION, JULY 16, 1957

**No. 61062.**—Robert L. Albert v. United States, protests 290944–K, 290945–K, and 290946–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61063.**—Reichard-Coulston, Inc. v. United States, protests 291888–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61064.**—Hudson Shipping Co., Inc. v. United States, protest 293507–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.